No. 684. KONTOVICH *v.* UNITED STATES. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave

to proceed further *in forma pauperis,* denied. *Frank T. Kontovich, pro se.* No appearance for the United States.